UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLENN E. NASLUND

          Plaintiff,

vs.                             Case No. 8:04-CV-1708-T-27MAP

TAMPA ELECTRIC COMPANY,

          Defendant.
_____/

<b><u>ORDER</u></b>

**BEFORE THE COURT** is Defendant's Motion for Stay of Discovery Pending Resolution of Motion to Dismiss or in the Alternative Motion for Security Bond (Dkt. 9). Upon consideration, Defendant's Motion to Dismiss (Dkt. 6) was previously considered by the Court and was denied on January 20, 2005 (Dkt. 15). Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant's Motion for Stay of Discovery Pending Resolution of Motion to Dismiss or in the Alternative Motion for Security Bond (Dkt. 9) is **DENIED as moot**.

**DONE AND ORDERED** in chambers this 25th day of April, 2005.

                                                    JAMES D. WHITTEMORE
                                                    United States District Judge

Copies to:
Counsel of Record