UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLENN E. NASLUND

Plaintiff,

vs.                                      Case No. 8:04-CV-1708-T-27MAP

TAMPA ELECTRIC COMPANY,

Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Motion to Accept Motion to Deny Defendant's Motion to Dismiss Past the 11 Day Deadline (Dkt. 14). Upon consideration, Defendant's Motion to Dismiss (Dkt. 6) was previously considered by the Court and was denied on January 20, 2005 (Dkt. 15). Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Accept Motion to Deny Defendant's Motion to Dismiss Past the 11 Day Deadline (Dkt. 14) is **GRANTED** *nunc pro tunc*.

**DONE AND ORDERED** in chambers this 25th day of April, 2005, *nunc pro tunc* to December 1, 2004.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record